David V. MORRIS, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 06–4586–cv.

United States Court of Appeals, Second Circuit.

Jan. 8, 2008.

David V. Morris, East Elmhurst, N.Y., pro se.

Matthew L. Schwartz, Assistant United States Attorney (Elizabeth Wolstein, Assistant United States Attorney, on the brief), for Michael J. Garcia, United States Attorney for the Southern District of New York, New York, N.Y., for Appellee.

Present GUIDO CALABRESI and SONIA SOTOMAYOR, Circuit Judges.*

## SUMMARY ORDER

**UPON DUE CONSIDERATION** of this appeal from a judgment of the United States District Court for the Southern District of New York (Jones, *J.*), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the judgment of the district court is **AFFIRMED.**

Plaintiff–Appellant David V. Morris appeals from the July 10, 2006 judgment of the United States District Court for the Southern District of New York (Jones, *J.*), entered in accordance with the district court's June 5, 2006 order dismissing Morris's complaint for want of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

---

* Judge José A. Cabranes, originally a member of this panel, recused himself from consideration of this case. Accordingly, the appeal has been decided by the panel's remaining two judges pursuant to this Court's Local Rule § 0.14(b).

Substantially for the reasons stated by Judge Jones, we agree that the district court lacked subject matter jurisdiction over Morris's claim. We have considered all of Plaintiff–Appellant's arguments and have found them to be without merit. Accordingly, the judgment of the district court is **AFFIRMED.**